IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-159-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| OSMAN BAH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Motion for Pro Hac Vice Pursuant LcrR 44.1(A) and (B) LcvR 83.1(D)(1)" (document #7) filed July 25, 2011 requesting Special Admission of Gregory L. Lattimer. For the reasons set forth therein, the Motion is <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: July 26, 2011

David S. Cayer
United States Magistrate Judge