UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00159-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **OSMAN BAH,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Seal, which the government has not filed but submitted via CyberClerk to chambers. The government is advised that the court will only consider motions that are properly submitted.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's unfiled Motion to Seal submitted via CyberClerk is denied without prejudice.

Signed: April 7, 2014

Max O. Cogburn Jr.
United States District Judge