# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:11cr159

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **OSMAN BAH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the court on the government's Motion to Seal (#36). Having considered the motion and reviewed the pleadings, the court will allow the motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Seal (#36) is **GRANTED** and the court respectfully directs the Clerk to **SEAL** the government's Memorandum in Support of Reduction of Sentence (#34).

Signed: April 8, 2014

Max O. Cogburn Jr.
United States District Judge